**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00293-PAB-STV

GILBERT T. TSO, individually
      Plaintiffs,

v.

REBECCA MURRAY, individually;
TANYA AKINS, individually and official capacities;
SHERR PUTTMANN AKINS LAMB PC, a law firm;
JEANNIE RIDINGS, individually;
KILILIS RIDINGS & VANAU PC, a law firm;
RUSSELL M. MURRAY, individually;
DENA MURRAY, individually;
JOANNE JENSEN, individually;
RICHARD F. SPIEGLE Psy.D., individually,
ELIZABETH A. STARRS, individually,
DAVID P. BRODSKY, individually,
CHARLES D. JOHNSON, individually,
ROSS B.H. BUCHANAN, individually,
DAVID H. GOLDBERG, individually,
MONICA JACKSON, individual and official capacity,
LARA DELKA, individual and official capacity,
CHRISTIAN MADDY, individual and official capacity,
JENNIFER ADELMANN, individual and official capacity,
DON MARES, official capacity,
BARRY PARDUS, official capacity,
MICHAEL DIXON, official capacity,
CYNTHIA COFFMAN, official capacity,
19TH JUDICIAL CIRCUIT COURT, LAKE CO., IL
2ND DISTRICT COURT, DENVER COUNTY, CO
DENVER DEPT. OF HUMAN SERVICES
COLORADO DEPT. OF HUMAN SERVICES;
COLORADO DIVISION OF MOTOR VEHICLES
and CITY AND COUNTY OF DENVER

      Defendants.

---

**DEFENDANT RICHARD SPIEGLE, PSY.D.'S MOTION TO WITHDRAW RACHEL
BRADLEY AS COUNSEL OF RECORD**

Defendant Richard Spiegle, Psy.D. ("Dr. Spiegle"), through counsel Taylor|Anderson, LLP, hereby submits Defendant's Motion to Withdraw Rachel Bradley as Counsel of Record, pursuant to D.C.COLO.LAttyR 5(b). Good cause exists for Ms. Bradley's withdrawal, as Ms. Bradley is no longer employed by Taylor|Anderson, LLP as of November 1, 2019. Attorneys Valentine Uduebor and James D. Murdock will continue to provide representation of Dr. Spiegle in this matter.

Pursuant to D.C.COLO.LCivR 7.1(b)(4), this Motion is exempt from the duty to confer provided by D.C.COLO.LCivR 7.1(a).

Respectfully submitted this 6th day of November, 2019.

    s/ James D. Murdock
    James D. Murdock, No. 47527
    Valentine Uduebor, No. 51982
    Taylor|Anderson, LLP
    1670 Broadway, Suite 900
    Denver, CO 80202
    Tele: (303) 551-6660
    Fax: (303) 551-6655
    jdmurdock@talawfirm.com
    *Attorneys for Richard F. Spiegle, Psy. D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2019, a true and correct copy of the foregoing **DEFENDANT'S MOTION TO WITHDRAW RACHEL BRADLEY AS COUNSEL OF RECORD** was filed with the court and served on the following:

Gilbert T. Tso
4255 Kittredge St., #922
Denver, CO 80239
*Pro Se Petitioner*

Robert A. Wolf
Sherri Catalano
City and County of Denver
1200 Federal Boulevard
4th Floor
Denver, CO 80204

Allison R. Ailer
State of Colorado
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

Tory Drew Riter
Kelly L. Kafer
Morgan Rider Riter Tsai, P.C.
1512 Larimer Street, Suite 450
Denver, CO 80202

Richard Maxton Murray
Polsinelli PC-Denver
1401 Lawrence Street
Suite 2300
Denver, CO 80202
303-583-8242

Eric Ziporin
Ryan McGrath
Senter Goldfarb & Rice LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210

                                                           *s/Theresa Coe*