IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00293-PAB-STV

GILBERT T. TSO,

    Plaintiff,

vs.

REBECCA MURRAY, et al.

    Defendants.

**DEFENDANTS REBECCA MURRAY, RUSSELL MURRAY, DENA MURRAY, AND JOANNE JENSEN'S JOINDER TO RESPONSE [ECF NO. 100] IN OPPOSITION TO PLAINTIFF'S MOTION PURSUANT TO FED. R. CIV. P. 62.1 FOR AN INDICATIVE RULING [ECF NO. 99]**

Defendants Rebecca Murray, Russell Murray, Dena Murray, and Joanne Jensen (collectively, the "Murray Defendants"), through counsel, respectfully submit this Joinder to the Response [ECF No. 100] filed in opposition to "Plaintiff's Motion Pursuant to Fed. R. Civ. P. 62.1 for an Indicative Ruling on a Fed.R.Cv.P. 60(b)(2) and (b)(6), (d)(1) Motion for Relief from Judgment, ECF #91; and from Order, ECF #90" [ECF No. 99] (the "Motion"), and state as follows:

While the Motion seems to be directed against Defendants Tanya Akins, Sherr Puttmann Akins Lamb, P.C., Jeannie Ridings, and Kililis Ridings & Vonau, P.C. (collectively, the "Attorney Defendants") and Defendant Richard F. Spiegle, Psy.D., through it, Plaintiff "moves for a favorable ruling to set aside Final Judgment, ECF #91, and post-judgment Order, ECF #90, as applied to Plaintiff's FIRST CLAIM accordingly; and to reopen Plaintiff's First Claim for hearing of these new facts and for limited discovery as required and befitting under due process." Motion [ECF No. 99] at 1-2. As the Court noted in dismissing the first claim: "The crux of

plaintiff's first RICO claim is that defendants Rebecca Murray, Russell Murray, Dena Murray, Joanne Jensen, Dr. Richard Spiegle, Jeannie Ridings, Tanya Akins, Kililis Ridings & Vanau PC, and Sherr Puttmann Akins Lamb PC, through litigation misconduct, caused plaintiff to suffer injuries . . . ." Order [ECF No. 90] at 11 (citation omitted). Therefore, the Motion seeks relief adverse to the Murray Defendants.

The Murray Defendants hereby join and incorporate by reference the Response [ECF No. 100] filed by the Attorney Defendants in opposition to the Motion, as if fully restated herein.

WHEREFORE, the Murray Defendants respectfully request the Court deny Plaintiff's Motion and for any further relief the Court deems just and proper under the circumstances.

Respectfully submitted this 12th day of November, 2020.

POLSINELLI PC

*s/ Richard M. Murray*
Richard M. Murray, #38940
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: 303-572-9300
rmurray@polsinelli.com
*Attorney for Defendants Rebecca Murray, Russell Murray, Dena Murray, and Joanne Jensen*

75494683.1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of November, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

Gilbert T. Tso
3700 Quebec St., #100-228
Denver, CO 80207

Robert A. Wolf, Esq.
Sherri L. Catalano, Esq.
1200 Federal Boulevard
4th Floor
Denver, CO 80204

Allison R. Ailer, Esq.
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

Tory Drew Ritter, Esq.
Kelly L. Kafer, Esq.
Baldwin Morgan & Rider, PC
1512 Larimer Street, Suite 450
Denver, CO 80202

Eric M. Ziporin, Esq.
Johnathan N. Eddy, Esq.
Senter Goldfarb & Rice, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210

James D. Murdock, II, Esq.
Valentine Uduebor, Esq.
Taylor Anderson, LLP
1670 Broadway, Suite 900
Denver, CO 80202

                                                      *s/ Jessica Vecchio*
                                                      Jessica Vecchio