**COLORADO**
**Department of Regulatory Agencies**
Division of Professions and Occupations

STATE BOARD OF PSYCHOLOGIST EXAMINERS

AGENDA

Friday, December 4, 2020

Pursuant to statute, a portion of this meeting will be closed to the public.

The agenda is subject to change. If changes occur, a revised agenda will be available at the meeting.

| CONVENE |
|---|

9:00 AM — https://attendee.gotowebinar.com/register/5527359712157512464

| APPROVAL OF MINUTES |
|---|

Review and Approval of October 2, 2020, Board Meeting Minutes.

| ADMINISTRATIVE ITEMS |
|---|

- Discussion Items
    - Chair Report
    - Program Director Report
    - DVOMB/SOMB Training Presentation with Chris Lobanov-Rostovsky

| INVESTIGATIVE REPORTS |
|---|

| AGENDA # | CASE # |
|---|---|
| #1 | 2020-2860 |
| #2 | 2019-6945 |
| #3 | 2020-4445 |
| #4 | 2020-6627 |

**DORA is dedicated to preserving the integrity of the marketplace and is committed to promoting a fair and competitive business environment in Colorado.  Consumer protection is our mission.**

## LICENSING

RATIFICATIONS
APPEALS

| AGENDA # | CASE # |
|---|---|
| #5 | MK |
| #6 | TM |

NEW APPLICATIONS

| AGENDA # | CASE # |
|---|---|
| #7 | 2020-7487 |

## NEW BUSINESS

| AGENDA # | CASE # |
|---|---|
| #8 | 2020-6841 |
| #9 | 2020-5911 |
| #10 | 2020-6918 |
| #11 | 2020-6635 |
| #12 | 2020-6907 |
| #13 | 2020-5434 |
| #14 | 2020-6435 |

| | |
|---|---|
| #15 | 2020-6232 |
| #16 | 2020-5912 |
| #17 | 2020-5936 |
| #18 | 2020-6840 |
| #19 | 2020-6176 |
| #20 | 2020-6140 |
| #21 | 2020-6670 |
| #22 | 2020-6394 & 2020-6432 |
| #23 | 2020-6902 |
| #24 | 2020-5273 |
| #25 | 2020-5533 |
| #26 | 2020-5539 |
| #27 | 2020-5728 |

**EXECUTIVE SESSION**

| AGENDA # | CASE # |
|---|---|
| **#28** | 2018-7363 |

ATTORNEY GENERAL

| AGENDA # | CASE # |
|---|---|
| **#29** | 2017-5906 |

| ATTESTATION OF BOARD MATTER CONFIDENTIALITY |
|---|

To be read by the Board Chair:

"Do you attest and affirm that all conflicts of interest have been disclosed and that confidentiality of all board matters has been maintained since the previous board meeting?"

| ADJOURN |
|---|

The next Colorado State Board of Psychologist Examiners meeting will take place on
February 5, 2021

PLEASE NOTE:

Board meeting agendas, dates, and locations may be accessed on our website at:
dpo.colorado.gov/Psychology