

## COLORADO
### Department of Regulatory Agencies
Division of Professions and Occupations

**STATE BOARD OF PSYCHOLOGIST EXAMINERS**
**EMERGENCY MEETING**
**PUBLIC MINUTES**

Monday, September 14, 2020

Notice of this meeting was given in accordance with Division of Professions and Occupations Policy Number 80-17.

## CONVENE

9:00 AM — Webinar

The meeting of the State Board of Psychologist Examiners convened via webinar, at 9:00 AM, by Cheryl Prevendar Zuber, Professional Member, Chair.

**Present, in addition to Cheryl Prevendar Zuber, Psy.D., Professional Member, Board Chair, were Board Members:**
Julie Rippeth, Ph.D., Professional Member, Vice Chair
Jack Wesoky, Esq., Public Member
Laura Knoblauch, Public Member

**Staff present:**
Reina Sbarbaro-Gordon, Program Director
Debbie Enck, Assistant Attorney General
Wendy Anderson, Board staff
Eric Valdez, Board staff

## OLD BUSINESS

OLD BUSINESS
**AGENDA #   CASE #**

#1          2019-5430

The Board reviewed the Report of Investigation and additional information.

The Board finds that there are objective and reasonable grounds, upon a full investigation, that the public health, safety or welfare imperatively requires emergency action pursuant to Colorado Revised Statute §24-4-104(4)(a) and that the license of Gene Gross shall be summarily suspended because objective and reasonable grounds exist to believe, and the Board so finds, that Gene Gross is in violation of §§ 12-245-224(1)((b), (g)(1), and (x)), and 12-245-220, C.R.S.

*DORA is dedicated to preserving the integrity of the marketplace and is committed to promoting a fair and competitive business environment in Colorado. Consumer protection is our mission.*

A motion was made by Julie Rippeth, seconded by Laura Knoblauch, and carried to summarily suspend Gene Gross's license to practice psychology in the state of Colorado.

#2         2020-574

The Board reviewed the Report of Investigation and additional information.

The Board finds that there are objective and reasonable grounds, upon a full investigation, that the public health, safety or welfare imperatively requires emergency action pursuant to Colorado Revised Statute §24-4-104(4)(a) and that the license of Gene Gross shall be summarily suspended because objective and reasonable grounds exist to believe, and the Board so finds, that Gene Gross is in violation of §§ 12-245-224(1)((b), (g)(1), and (x)), and 12-245-220, C.R.S.

A motion was made by Julie Rippeth, seconded by Laura Knoblauch, and carried to summarily suspend Gene Gross's license to practice psychology in the state of Colorado.

#3         2020-850

The Board reviewed the Report of Investigation and additional information.

The Board finds that there are objective and reasonable grounds, upon a full investigation, that the public health, safety or welfare imperatively requires emergency action pursuant to Colorado Revised Statute §24-4-104(4)(a) and that the license of Gene Gross shall be summarily suspended because objective and reasonable grounds exist to believe, and the Board so finds, that Gene Gross is in violation of §§ 12-245-224(1)((b), (g)(1), and (x)), and 12-245-220, C.R.S.

A motion was made by Julie Rippeth, seconded by Laura Knoblauch, and carried to summarily suspend Gene Gross's license to practice psychology in the state of Colorado.

#4         2020-1842

The Board reviewed the Report of Investigation and additional information.

The Board finds that there are objective and reasonable grounds, upon a full investigation, that the public health, safety or welfare imperatively requires emergency action pursuant to Colorado Revised Statute §24-4-104(4)(a) and that the license of Gene Gross shall be summarily suspended because objective and reasonable grounds exist to believe, and the Board so finds, that Gene Gross is in violation of §§ 12-245-224(1)((b), (g)(1), and (x)), and 12-245-220, C.R.S.

A motion was made by Julie Rippeth, seconded by Laura Knoblauch, and carried to summarily suspend Gene Gross's license to practice psychology in the state of Colorado.

#5         2020-1902

The Board reviewed the Report of Investigation and additional information.

The Board finds that there are objective and reasonable grounds, upon a full investigation, that the public health, safety or welfare imperatively requires emergency action pursuant to Colorado Revised Statute §24-4-104(4)(a) and that the license of Gene Gross shall be summarily suspended because objective and

reasonable grounds exist to believe, and the Board so finds, that Gene Gross is in violation of §§ 12-245-224(1)((b), (g)(1), and (x)), and 12-245-220, C.R.S.

A motion was made by Julie Rippeth, seconded by Laura Knoblauch, and carried to summarily suspend Gene Gross's license to practice psychology in the state of Colorado.

## ATTESTATION OF BOARD MATTER CONFIDENTIALITY

The following was read by the Board Chair and attested to by all Board members:

"Do you attest and affirm that all conflicts of interest have been disclosed and that confidentiality of all board matters has been maintained since the previous board meeting?"

## ADJOURN

The Board formally adjourned the meeting at 9:10 AM. The Board will reconvene on Friday, October 2, 2020, at 9:00 AM.

As Board Chair/Vice-Chair, I attest that these minutes of the open public meeting of the Colorado State Board of Psychologist Examiners substantially reflect the substance of the discussions and actions taken related to matters under the authority of the Board, pursuant to Colorado Revised Statutes section 12-43-203, and in compliance with Colorado Revised Statutes section 24-6-402.

| Board Chair | Date | Vice-Chair [signature] | Date 10/07/2020 |
|---|---|---|---|

The next Colorado State Board of Psychologist Examiners meeting will take place on
October 2, 2020

PLEASE NOTE:

Board meeting agendas, dates, and locations may be accessed on our website at:
dpo.colorado.gov/Psychology