Exhibit 1



December 09, 2020

Richard F. Spiegle

600 S. Cherry St., Ste. 315
Denver, CO 80246

Case No. 2020-5533

Dear Richard F. Spiegle,

The above referenced case concerning the complaint filed against you was recently reviewed by our office.

After thorough review and discussion, it was determined that there were insufficient grounds to warrant the commencement of formal disciplinary proceedings as required by the provisions of Colorado law. Accordingly, the Board has dismissed the complaint. This is a final action and is not subject to appeal.

If you have further questions or concerns, please visit our website at dpo.colorado.gov or contact our office by calling (303) 894-7800.

For the State Board of Psychologist Examiners

*Melissa Mendo*
Melissa A. Mendo
Support Assistant

Esq Michael T. McConnell, Respondent Attorney


Please complete a short survey at https://www.surveymonkey.com/r/B5JR27T regarding aspects of the service you received. Your anonymous response will be used to evaluate the service experience and to identify areas where improvements may be appropriate.

1560 Broadway, Suite 1350, Denver, CO 80202   P 303.894.7800   F 303.894.7692   dpo.colorado.gov

