**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00293-PAB-STV

GILBERT T. TSO,

    Plaintiff,

vs.

REBECCA MURRAY (a.k.a. Tso), individually;
TANYA AKINS, individually;
SHERR PUTTMANN AKINS LAMB P.C., a law firm;
JEANNIE RIDINGS, individually;
KILILIS RIDINGS & VANAU, P.C., a law firm;
RUSSELL MURRAY, individually;
DENA MURRAY, individually;
JOANNE JENSEN, individually;
RICHARD F. SPIEGLE, Psy.D., individually;
ELIZABETH A. STARRS, individually;
DAVID P. BRODSKY, individually;
CHARLES D. JOHNSON, individually;
ROSS B.H. BUCHANAN, individually and official capacities;
DAVID H. GOLDBERG, individually;
MONICA JACKSON, individual and official capacity;
LARA DELKA, individual and official capacity;
CHRISTIAN MADDY, individual and official capacity;
JENNIFER ADELMANN, individual and official capacity;
DON MARES, official capacity;
BARRY PARDUS, official capacity;
MICHAEL DIXON, official capacity;
CYNTHIA COFFMAN, official capacity;
19TH JUDICIAL DISTRICT CIRCUIT COURT, LAKE CO., IL;
2ND DISTRICT COURT, DENVER COUNTY, CO;
DENVER DEPT. OF HUMAN SERVICES;
COLORADO DIVISION OF MOTOR VEHICLES; and
CITY AND COUNTY OF DENVER

    Defendants

**DEFENDANTS AKINS, SHERR PUTTMANN AKINS LAMB, P.C., RIDINGS, AND KILILIS RIDINGS & VONAU, P.C.'S JOINDER IN RESPONSE TO [ECF NO. 104] TO PLAINTIFF'S MOTION FOR SUBPOENA AND IN-CAMERA REVIEW [ECF NO. 102]**

Defendants Tanya Akins, Sherr Puttmann Akins Lamb, P.C., Jeannie Ridings, and Kililis Ridings & Vonau, P.C., through undersigned counsel, hereby join in Defendant Spiegle's Response (ECF No. 104) to "Plaintiff's Motion for Subpoena and In Camera Review re: New Facts Presented in ECF #99" (ECF No. 102).

The undersigned Defendants hereby join in and incorporate by reference the arguments and authorities set forth in Defendant Spiegle's Response.

WHEREFORE, for the reasons stated in the Response, undersigned Defendants respectfully request this Court enter an order denying Plaintiff's motion.

Dated this December 17, 2020.

Respectfully submitted,

*s/ Kelly L. Kafer*
_____
Tory D. Riter, Esq.
Kelly L. Kafer, Esq.
Morgan Rider Riter Tsai, PC
1512 Larimer Street, Suite 450
Denver, CO 80202
Phone: (303) 623-1832
Fax: (303) 623-1833
Email: triter@morganrider.com,
kkafer@morganrider.com

*Attorneys for Tanya Akins, Sherr Puttmann Akins Lamb, P.C., Jeannie Ridings, and Kililis Ridings & Vonau, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served this December 17, 2020, to each of the following:

| | | |
|---|---|---|
| Gilbert T. Tso | ( ) | via U.S. Mail |
| 3700 Quebec Street, #100-228 | ( ) | via Hand Delivery |
| Denver, CO 80207 | ( ) | via Electronic Mail |
| | ( ) | via Overnight Mail |
| | (x) | via CM/ECF System |
| | | |
| Richard M. Murray, Esq. | ( ) | via U.S. Mail |
| Polsinelli, P.C. | ( ) | via Hand Delivery |
| 1401 Lawrence Street, Suite 2300 | ( ) | via Electronic Mail |
| Denver, CO 80202 | ( ) | via Overnight Mail |
| | (x) | via CM/ECF System |
| | | |
| James D. Murdock, II, Esq. | ( ) | via U.S. Mail |
| Valentine Uduebor, Esq. | ( ) | via Hand Delivery |
| Taylor Anderson, LLP | ( ) | via Electronic Mail |
| 1670 Broadway, Suite 900 | ( ) | via Overnight Mail |
| Denver, CO 80202 | (x) | via CM/ECF System |
| | | |
| Allison R. Ailer, Esq. | ( ) | via U.S. Mail |
| Office of the Attorney General | ( ) | via Hand Delivery |
| 1300 Broadway, 10th Floor | ( ) | via Electronic Mail |
| Denver, CO 80203 | ( ) | via Overnight Mail |
| | (x) | via CM/ECF System |
| | | |
| Robert A. Wolf, Esq. | ( ) | via U.S. Mail |
| Sherri L. Catalano, Esq. | ( ) | via Hand Delivery |
| Office of the Denver City Attorney | ( ) | via Electronic Mail |
| 1200 Federal Blvd., 4th Floor | ( ) | via Overnight Mail |
| Denver, CO 80204 | (x) | via CM/ECF System |
| | | |
| Eric M. Ziporin, Esq. | ( ) | via U.S. Mail |
| Jonathan Eddy, Esq. | ( ) | via Hand Delivery |
| SGR, LLC | ( ) | via Electronic Mail |
| 3900 East Mexico Avenue, Suite 700 | ( ) | via Overnight Mail |
| Denver, Colorado 80210 | (x) | via CM/ECF System |

s/ Felisha Hurtado