**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-CV-00293-PAB-STV

GILBERT T. TSO, individually

    Plaintiff,

v.

REBECCA MURRAY, individually;
TANYA AKINS, individually and official capacities;
SHERR PUTTMANN AKINS LAMB PC, a law firm;
JEANNIE RIDINGS, individually;
KILILIS RIDINGS & VANAU PC, a law firm;
RUSSELL M. MURRAY, individually;
DENA MURRAY, individually;
JOANNE JENSEN, individually;
RICHARD F. SPIEGLE Psy.D., individually,
ELIZABETH A. STARRS, individually,
DAVID P. BRODSKY, individually,
CHARLES D. JOHNSON, individually,
ROSS B.H. BUCHANAN, individually,
DAVID H. GOLDBERG, individually,
MONICA JACKSON, individual and official capacity,
LARA DELKA, individual and official capacity,
CHRISTIAN MADDY, individual and official capacity,
JENNIFER ADELMANN, individual and official capacity,
DON MARES, official capacity,
BARRY PARDUS, official capacity,
MICHAEL DIXON, official capacity,
CYNTHIA COFFMAN, official capacity,
19TH JUDICIAL CIRCUIT COURT, LAKE CO., IL,
2ND DISTRICT COURT, DENVER COUNTY, CO,
DENVER DEPT. OF HUMAN SERVICES,
COLORADO DIVISION OF MOTOR VEHICLES,
and CITY AND COUNTY OF DENVER

    Defendants.

---

**ENTRY OF APPEARANCE OF PETER R. PIDERMANN**

---

Attorney Peter R. Pidermann of the law firm Taylor | Anderson, LLP hereby enters his appearance on behalf of Defendant Richard F. Spiegle, Psy. D. in the above-captioned matter.

Respectfully submitted this 5th day of March, 2021.

s/ Peter R. Pidermann
James D Murdock, II  No. 47527
Peter R. Pidermann, No. 53085
Taylor|Anderson, LLP
1670 Broadway, Suite 900
Denver, CO 80202
Tele: (303) 551-6660
Fax: (303) 551-6655
jdmurdock@talawfirm.com
ppidermann@talawfirm.com
*Attorneys for Richard F. Spiegle, Psy. D.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March 2021, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF PETER R. PIDERMANN** was filed with the court and served on the following:

Gilbert T. Tso
4255 Kittredge St., #922
Denver, CO 80239
*Pro Se Petitioner*

Robert A. Wolf
Sherri Catalano
City and County of Denver
1200 Federal Boulevard, 4th Floor
Denver, CO 80204

Allison R. Ailer
State of Colorado
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

Tory Drew Riter
Kelly L. Kafer
Morgan Rider Riter Tsai, P.C.
1512 Larimer Street, Suite 450
Denver, CO 80202

Richard Maxton Murray
Polsinelli PC-Denver
1401 Lawrence Street
Suite 2300
Denver, CO 80202
303-583-8242

Eric Ziporin
Ryan McGrath
Senter Goldfarb & Rice LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210

                                                        *s/Theresa A. Coe*
                                                          Theresa A. Coe