**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert         March 25, 2021        Jane K. Castro
Clerk of Court                                                        Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     20-1142, Tso v. Murray, et al
           Dist/Ag docket: 1:19-CV-00293-PAB-STV

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 3, 2021 judgment takes effect this date.

Please contact this office if you have questions.

                                                    Sincerely,

                                                    Christopher M. Wolpert
                                                    Clerk of the Court

cc: Allison R Ailer
Sherri L. Catalano
Jonathan Neal Eddy
Kelly L. Kafer
James D. Murdock II
Richard Maxton Murray
Amy Jean Packer
Tory D. Riter
Kevin Scott Taylor
Gilbert T. Tso
Valentine Uduebor
Robert Wolf
Eric Michael Ziporin

CMW/na